```
               UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION


TIMOTHY SINGLETON,                )
                                  )
     Plaintiff,                   )
                                  )
vs.                               )    No. 23-cv-01120-SHM-tmp
                                  )
TODD PAGE, ET AL.,                )
                                  )
     Defendants.                  )
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 23), docketed August 26, 2024, dismissing the case with prejudice.  Any appeal in this matter by Plaintiff proceeding in forma pauperis is not taken in good faith.

# APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

 August 26, 2024                         WENDRY R. OLIVER
DATE                                     CLERK

                                          */s/ Jairo Mendez*
                                         (By) DEPUTY CLERK